UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K<small>ENNETH</small> W<small>AYNE</small> M<small>OSS</small>,

       Plaintiff,

v.

C<small>OMMISSIONER OF</small> S<small>OCIAL</small> S<small>ECURITY</small>,

       Defendants.
_____/

Case No. 10-12733

SENIOR UNITED STATES
DISTRICT JUDGE
ARTHUR J. TARNOW

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13]

On June 30, 2011, Magistrate Judge Whalen issued a Report and Recommendation [13] that Defendant's Motion for Summary Judgment [12] should be granted and that Plaintiff's Motion for Summary Judgment [9] should be denied. No objection to the Report and Recommendation was filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [12] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [9] is **DENIED**.

**SO ORDERED**.

DATED:   July 22, 2011
                                       S/ARTHUR J. TARNOW
                                       ARTHUR J. TARNOW
                                       United States Senior District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 22, 2011, by electronic and/or ordinary mail.

                                       s/Shawntel R. Jackson
                                       Case Manager